UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
JOHN M. MAVROUDIS

Case No.: 13-38118-MBK
Chapter: 7
Judge: Michael B. Kaplan

## NOTICE OF PROPOSED ABANDONMENT

Benjamin A. Stanziale, Jr., Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk:
402 East State Street
Trenton, N.J. 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on August 29, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the Clerk of a Certification of No Objection.

| Description and value of property | 37A Sunbowl Ridge Road, Stratton, VT<br>Current Market Value: $500,000.00<br>Estimated Cost of Sale: $50,000.00 |
|---|---|
| Liens on property | Bank of America<br>$623,740.00<br>Realtime Resolutions<br>$630,692.00 |
| Amount of Equity Claimed as exempt | |

Objections must be served on, and requests for additional information directed to:

NAME:             Benjamin A. Stanziale, Jr.
ADDRESS:          29 Northfield Avenue, Suite 201, West Orange, NJ 07052
TELEPHONE NO:     (973) 731-9393